UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| BARRY K. F., JR., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | 1:18-CV-00277-LEW |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) | |
| Defendant | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION

On May 28, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The plaintiff filed a timely objection to the Recommended Decision. (ECF No. 21.) I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

I note that the plaintiff's statement of errors contains two arguments that challenge, in effect, the formulation of the ALJ's decision, without also supporting the arguments with a focused discussion of the substance of the findings contained in the medical record. The Magistrate Judge properly assessed the plaintiff's formulaic arguments and I unqualifiedly adopt the recommendation and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 24th day of July, 2019.

/s/ Lance E. Walker
**U.S. DISTRICT JUDGE**